IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WALTER-EL ALKEMET SHAKUR EL-BEY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ALFONZA MENEFEE, WALTER HILL, and TUSKEGEE UNIVERSITY, | ) ) ) ) |
| Defendants. | ) |

CASE NO. 3:14-CV-47-WKW
[WO]

**ORDER**

On April 10, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED. Accordingly, all claims against Defendant Walter Hill and all claims against Defendant Tuskegee University arising out of the June 12, 2013 incident are DISMISSED WITH PREJUDICE.

It is further ORDERED that, pursuant to 28 U.S.C. § 636, any remaining claims in this case are REFERRED to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 30th day of April, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE