IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WALTER-EL ALKEMET SHAKUR EL-BEY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:14-CV-47-WKW ) ) |
| ALFONZA MENEFEE, *et al.*, | ) ) |
| Defendants. | |

## **ORDER**

On August 5, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 41.)  Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED.  It is further ORDERED that Defendant Alfonza Menefee's motion to dismiss the original complaint or, in the alternative, motion for more definite statement (Doc. # 29) is DENIED as moot.

DONE this 26th day of August, 2014.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE