IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WALTER-EL ALKEMET SHAKUR          )
EL-BEY,                           )
                                  )
        Plaintiff,                )
                                  )
v.                                )       CASE NO.  3:14-CV-47-WKW
                                  )
ALFONZA MENEFEE, *et al*.,        )
                                  )
        Defendants.               )

## ORDER

On October 14, 2014, and October 27, 2014, the Magistrate Judge filed Recommendations in this case (Docs. # 55 & 58).  On November 7, 2014, Plaintiff filed Objections to the Recommendations.  (Doc. # 59.)  Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.      The Objections are OVERRULED, except as to Plaintiff's § 1983 claim for false arrest by Tuskegee University campus police officers in the Bursar's Office on June 13, 2013;[1]

---

[1] In Plaintiff's Objections, the *pro se* Plaintiff submitted sworn statements of fact that were not previously before the court.  In an abundance of caution, the court declines to adopt the recommendation as to the claim for false arrest until the factual dispute is resolved.

2.      Defendant Menefee's motion to dismiss (Doc. # 42) is DENIED;

3.      Defendant Tuskegee University's original motion for summary judgment (Doc. # 25) is DENIED as moot;

4.      Except as to Plaintiff's claim for false arrest, Defendant Tuskegee University's amended motion for summary judgment (Doc. # 47) is GRANTED and Plaintiff's claims against Defendant Tuskegee University are DISMISSED with prejudice; and

5.      This case, with regard to Plaintiff's claims against Defendant Menefee and Plaintiff's claim against Tuskegee University for false arrest, is REFERRED BACK to the Magistrate Judge for further proceedings.

DONE 21st day of November, 2014.

/s/   W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

2