IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WALTER-EL ALKEMET SHAKUR EL-BEY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | 
| ALFONZA MENEFEE, | ) ) |
| Defendant. | ) |

CASE NO. 3:14-CV-47-WKW
[WO]

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 101) to which Plaintiff has filed an objection (Doc. # 102). Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

(1) Plaintiff's objection (Doc. # 102) is OVERRULED;

(2) The Recommendation (Doc. # 101) is ADOPTED;

(3) Plaintiff's motion for default judgment/judgment as a matter of law (Doc. # 75) is DENIED;

(4) Defendant's motion for summary judgment (Doc. # 76) is GRANTED;

(5) This action is DISMISSED with prejudice; and

(6) Costs are TAXED against Plaintiff for which let execution issue.

A separate final judgment will be entered.

DONE this 8th day of October, 2015.

                                        /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE